### 31814.  KIMBELL *v.* MORELAND.

SUTTON, C. J.  This is a companion case of *Kimbell* v. *Moreland,* ante, and is controlled by the rulings therein made.  It follows that the bill of exceptions, which contains no assignment of error, presents no question for adjudication by this court and the writ of error must be dismissed.

*Writ of error dismissed. Felton and Parker, JJ., concur.*

DECIDED DECEMBER 3, 1947.

*W. George Thomas,* for plaintiff.
*Hewlett & Dennis, T. F. Bowden,* for defendant.